**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE NA PIER,<br><br>   Plaintiff,<br><br>   v.<br><br>ISSAM ALSHAER, et al.,<br><br>   Defendants. | Case No.: 1:21-cv-00886-NONE-JLT<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE FOR PURPOSE OF CLOSING CASE AND TO CLOSE THE ACTION<br><br>(Doc. 14) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).  (Doc. 14)  Accordingly, the Clerk of Court is directed to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:  **December 6, 2021**          _ /s/ Jennifer L. Thurston_
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE